

# United States District Court
# Eastern District of California

| Altus Partners, Inc. | Case Number: 2:22-cv-01994 |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Altus Market Access, Inc. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Siddhesh V. Pandit hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Altus Market Access, Inc.

On 07/06/2021 (date), I was admitted to practice and presently in good standing in the U.S. District Court for the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/30/2022                      Signature of Applicant: /s/ Sid V. Pandit

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Siddhesh V. Pandit |
| Law Firm Name: | Maier & Maier PLLC |
| Address: | 345 S. Patrick Street |
| City: | Alexandria    State: VA    Zip: 22314 |
| Phone Number w/Area Code: | (703) 740-8322 |
| City and State of Residence: | Washington, D.C. |
| Primary E-mail Address: | svp@maierandmaier.com |
| Secondary E-mail Address: | patent@maierandmaier.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Stacy E. Don |
| Law Firm Name: | Law Office of Stacy E. Don |
| Address: | 2998 Douglas Blvd., Suite 375 |
| City: | Roseville    State: CA    Zip: 95661 |
| Phone Number w/Area Code: | (916) 749-4851    Bar #: 226737 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 1, 2022

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:


was, on the _____ day of _____ A.D. _____ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this _____ day of _____ A.D. _____.



*Angela D. Caesar*
**ANGELA D. CAESAR,** Clerk of Courts

By: _____*Burnetta Jenkins*_____
      **Deputy Clerk**