TIMOTHY J. MAIER, ESQ. (*Pro Hac Vice*)
SIDDHESH V. PANDIT, ESQ. (*Pro Hac Vice*)
MAIER & MAIER, PLLC
345 South Patrick Street
Alexandria, VA 22314
Telephone: (703) 740-8322
Email: tjm@maierandmaier.com
Email: svp@maierandmaier.com

STACY E. DON (State Bar No. 226737)
LAW OFFICE OF STACY E. DON
2998 Douglas Blvd., Suite 375
Roseville, CA 95661-3853
Telephone: (916) 749-4851
Email: sdon@sdonlaw.com

Attorneys for Defendant
Altus Market Access, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTUS PARTNERS, INC., a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALTUS MARKET ACCESS, INC., a California corporation,<br><br>Defendant. | CASE NO. 2:22-cv-01994-KJM-JDP<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Date Complaint Filed: Nov. 3, 2022<br><br>Current Response Date: Dec. 27, 2022<br>New Response Date: Jan. 11, 2023 |

1 | Pursuant to L.R. 144, Plaintiff Altus Partners, Inc. and Defendant Altus Market
2 | Access, Inc. (collectively, "the Parties") by and through their attorneys of record, hereby
3 | request to extend Defendant's deadline to move, answer, or otherwise respond to the
4 | Complaint.

5 | Plaintiff served the Defendant with a Summons and Complaint on November 8, 2022
6 | and Defendant's deadline for responding to the Complaint is currently December 27, 2022.
7 | The parties have agreed to a 15-day extension of time for Defendant to move, answer, or
8 | otherwise respond to the Complaint to January 11, 2023.

9 | The Parties stipulate to this extension of time because they have made substantial
10 | progress on negotiating a potential settlement and request additional time to complete their
11 | negotiations. The Parties request additional time to continue discussions while accounting
12 | for the unavailability of the Parties during the holidays.

13 | The Parties submit that good cause exists for the instant request for an extension to
14 | provide the Parties with additional time to negotiate a potential settlement. There is no
15 | prejudice to any party by extending time to respond to the initial Complaint. The Initial
16 | Scheduling Conference has been set for March 9, 2023 and will not be impacted by the
17 | requested extension of time. This is the Parties second request to extend the deadline to
18 | respond to the Complaint.

19 |
20 | DATED:  December 27, 2022        Respectfully submitted,
21 |
22 |
23 |                                   /Jordan Raphael/
24 |                                  Jordan Raphael
                                     BYRON RAPHAEL
25 |                                  811 Wilshire Blvd.
                                     17th Floor
26 |                                  Los Angeles, CA 90017
27 |                                  Telephone: (213) 291-9800
                                     Facsimile: (213) 277-5373
28 |

Tim Byron
BYRON RAPHAEL
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 839-8500
Facsimile: (213) 277-5373

*Attorneys for Plaintiff*

DATED:  December 27, 2022        Respectfully submitted,


 /Stacy E. Don/
Stacy E. Don
Law Office of Stacy E. Don
2998 Douglas Blvd., Suite 375
Roseville, CA 95661-4227
Tel: (916) 749-4851
sdon@sdonlaw.com

Of Counsel:

Timothy J. Maier, Esq. *(pro hac vice)*
Siddhesh V. Pandit, Esq. *(pro hac vice)*
Maier & Maier PLLC
345 S. Patrick Street
Alexandria, VA 22314
Tel: (703) 740-8322
tjm@maierandmaier.com
svp@maierandmaier.com

*Attorneys for Defendant*

IT IS SO ORDERED.  Defendant has until January 11, 2023, to move, answer, or otherwise respond to the Complaint.

Dated:  January 5, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT